C. SMITH v. THE CITY OF LIVE OAK, a Municipal Corporation organized and existing under the Laws of the State of Florida.

4 So. (2nd) 464

Division A

Opinion Filed October 31, 1941

*Lester Summersill,* for Plaintiff in Error;

*G. Warren Sanchez,* for Defendant in Error.

PER CURIAM.—On inspection of the entire record in the light of briefs for the respective parties, we find no reversible error is made to appear.

No new or novel questions of law are presented and no useful purpose may be served by promulgating an opinion discussing the questions presented.

The decree is affirmed.

So ordered.

BROWN, C. J., WHITFIELD, BUFORD, and ADAMS, J. J., concur.